UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES PHANEUF, JOAN PHANEUF, JAMES SUSIENKA, and SHARON SUSIENKA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., PETER HINES, MICHAEL STOKES, ROBERT FERRY and TIMOTHY McKENDRY,<br><br>Defendants. | CIVIL ACTION NO. 99-40059 |

### DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant United Parcel Service, Inc. ("UPS") moves to dismiss plaintiff James Phaneuf's and James Susienka's claims for breach of the implied covenant of good faith and fair dealing (Counts XIX and XX), wrongful termination in violation of public policy (Counts XXI and XXII), and violation of the Massachusetts Civil Rights Act, G.L. c. 12, § 11I (Counts XXVIII and XXIX). In support of this Motion, UPS refers the Court to its supporting memorandum, filed herewith.

### REQUEST FOR ORAL ARGUMENT

UPS requests oral argument on its Motion to Dismiss.

UNITED PARCEL SERVICE, INC.,
By its attorneys,

*Christa v d Luft*
Augustus F. Wagner, Jr. (BBO#511780)
Nelson G. Apjohn (BBO#020373)
Christa von der Luft (BBO#600362)
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699
(617) 439-2000

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 3/30/99    *Cvd Luft*

Dated: March 30, 1999
723331.1



## Local Rule 7.1 Certificate

I, Christa von der Luft, counsel of record for United Parcel Service, Inc., certify that on March 30, 1999, I attempted to confer with counsel for plaintiffs in a good faith attempt to narrow or resolve the issues presented by this motion but plaintiffs' counsel was unavailable.

*/s/ Christa vd Luft*
Christa von der Luft