# KECHES & MALLEN, P.C.
## ATTORNEYS AT LAW
122 Dean Street
Taunton, MA 02780
(508) 822-2000

2001 DEC 12  A 10: 14

Telecopier (508) 822-8022

DIRECT ALL CORRESPONDENCE TO
THE TAUNTON OFFICE

| | |
|---|---|
| George N. Keches | Charlotte E. Glinka |
| Richard T. Mallen | Kathy Jo Cook |
| Joseph F. Agnelli, Jr. | Claudine A. Cloutier* |
| Brian C. Cloherty | Karen S. Hambleton |
| Brian C. Dever | Seth J. Elin |
| Judith B. Gray** | Matthew F. King |
| Francis J. Finnell | Robert A. DiTusa*** |
| Paul S. Danahy | Steven M. Buckley |
| Ann Marie Maguire | Gregg J. Pasquale |
| *Of Counsel* | Melissa A. White |

**BOSTON OFFICE**
141 Tremont Street, 6th Floor
Boston, MA 02111
(617) 426-7900

**FALL RIVER OFFICE**
321 North Main Street
Fall River, MA 02721
(508) 676-7900

**WORCESTER OFFICE**
41 Elm Street
Worcester, MA 01609
(508) 798-7900

**NEW BEDFORD OFFICE**
285 Union Street
New Bedford, MA 02740
(508) 994-7900

*Admitted in Massachusetts and Rhode Island
**Admitted in Massachusetts, Rhode Island and Connecticut
***Admitted in Massachusetts and New York

December 11, 2001

VIA FEDERAL EXPRESS

Mr. Martin Castles
United States District Court
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608

RE:   *James Susienka and Sharon Susienka vs. United Parcel Service, Inc., Robert Ferry and Timothy McKendry, Civil Action No: 99-40059-NMG*

Dear Mr. Castles:

Pursuant to our conversation in the above matter, this is to confirm that the plaintiff hereby withdraws the following motion for consideration by the Court: Plaintiff James Susienka's Motion to Compel Production of Documents by the Defendants.

Thank you for your attention to the foregoing.

Very truly yours,

KECHES & MALLEN, P.C.

Charlotte E. Glinka

court4
cc:   Christa von der Luft, Esquire