UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**James Susienka and
Sharon Susienka**
              Plaintiff(s),

V.

CIVIL ACTION

NO. **99-40059-NMG**

**United Parcel Service, Inc.,
Robert ferry and
Timothy McKendry,**
              Defendant(s),

DOCKETED

## SETTLEMENT ORDER OF DISMISSAL

Gorton, D. J.

The Court having been advised on ___January 11, 2002___ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

___January 11, 2002___
Date

/s/ signature
Deputy Clerk

(Dlsmsett.ord - 09/96)

[stlmtodism.]
63